UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Aspire Commodities LP, Raiden Commodities, LP )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GDF-SUEZ Energy North America, Inc., )<br>Ennis Power Company, LLC, Wise County )<br>Power Company, LLC, Midlothian Energy, )<br>LLC, Hays Energy, LLC, Wharton County )<br>Generation, LLC, And Coleto Power, LP, )<br>)<br>Defendants. ) | Case No.  4:14- cv-01111 |

## ASPIRE COMMODITIES L.P.'S AND RAIDEN COMMODITIES, L.P.'S CORPORATE DISCLOSURE STATEMENT

Plaintiff Aspire Commodities L.P. ("Aspire"), pursuant to Federal Rule of Civil Procedure 7.1, states that it is a Texas limited partnership.  Aspire's limited partner is Rural Route 3 Holdings, L.P., a Texas limited partnership. Aspire's general partner is Aspire Commodities 1, LLC, a Puerto Rico limited liability company.  No entity affiliated with Aspire is publicly traded.

Plaintiff Raiden Commodities L.P. ("Raiden"), pursuant to Federal Rule of Civil Procedure 7.1, states that it is a Texas limited partnership.  Raiden's limited partner is Rural Route 3 Holdings, L.P., a Texas limited partnership.  Raiden's general partner is Raiden Commodities 1, LLC, a Puerto Rico limited liability company.  No entity affiliated with Raiden is publicly traded.

-2-

Aspire and Raiden further state that, other than the parties to this case and the above entities, they are not aware of any other person or entity that has a direct financial interest in the outcome of this litigation.

Dated:  May 14, 2014

Respectfully submitted,

/s/ Barrington M. Hammond, Jr.
Barrington M. Hammond, Jr.
Texas Bar No. 24059883
Federal ID No. 1338567
4801 Woodway Drive
Suite 300 East
Houston, Texas 77056
Telephone:  (713) 570-6000
Fax:  (832) 514- 7046
Email: barry@patelhammond.com

Of Counsel:

T. Joseph Wendt
Indiana Bar No. 19622-49
Barnes & Thornburg LLP
11 S. Meridian
Indianapolis, IN 46204
Phone:  (317) 231-7748
Fax:  (317) 231-7422
Email:  jwendt@btlaw.com

## **CERTIFICATE OF SERVICE**

     I certify that a copy of the foregoing was filed electronically via the Court's ECF system on this 14th day of May, 2014.  Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

                                           /s/ Barry M. Hammond, Jr.