UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Aspire Commodities, L.P. and Raiden Commodities, L.P. ) ) ) Plaintiffs, ) ) v. ) ) ) GDF SUEZ Energy North America, Inc.; ) Ennis Power Company, LLC; Wise County ) Power Company, LLC; Midlothian Energy, ) LLC, Hays Energy, LLC; Wharton County ) Generation, LLC; and Coleto Power, LP, ) ) Defendants. ) | Case No. 4:14-cv-01111 |

### ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT

Having considered Defendants' Unopposed Motion for Leave to Exceed Page Limit, the Court is of the opinion that the Motion should be GRANTED.

It is hereby ORDERED that Defendants may file a motion to dismiss of up to 40 pages plus exhibits.

SIGNED in Houston, Texas on this the ____ day of _____, 2014.

_____
THE HONORABLE EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE

#4602122.1