UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Aspire Commodities, L.P. and Raiden Commodities, L.P.<br><br>    Plaintiffs,<br><br>v.<br><br>GDF SUEZ Energy North America, Inc.; Ennis Power Company, LLC; Wise County Power Company, LLC; Midlothian Energy, LLC, Hays Energy, LLC; Wharton County Generation, LLC; and Coleto Power, LP,<br><br>    Defendants. | Case No. 4:14-cv-01111 |

## ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT

Having considered Defendants' Motion to Dismiss Plaintiffs' Complaint and Brief in Support, together with all related pleadings, supporting exhibits, authorities, and arguments of counsel, the Court is of the opinion that the Motion should, in all respects, be GRANTED.

It is hereby ORDERED that the above-styled and numbered civil action is dismissed with prejudice.

SIGNED in Houston, Texas on this the ____ day of _____, 2014.

                                                THE HONORABLE EWING WERLEIN, JR.
                                              UNITED STATES DISTRICT JUDGE

#4613501