UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Aspire Commodities L.P. and Raiden Commodities L.P. | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| GDF SUEZ Energy North America, Inc.; Ennis Power Company, LLC; Wise County Power Company, LLC; Midlothian Energy, LLC; Hays Energy, LLC; Wharton County Generation, LLC; and Coleto Power, LP, | ) Case No. 4:14-cv-01111 ) ) ) ) ) ) ) |
| Defendants. | ) |

## DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

Defendants GDF SUEZ Energy North America, Inc. ("GSENA"); Ennis Power Company, LLC; Wise County Power Company, LLC; Midlothian Energy, LLC; Hays Energy, LLC; Wharton County Generation, LLC; and Coleto Power, LP (collectively, "Defendants") file this Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1 and this Court's April 24, 2014 Order for Conference and Disclosure of Interested Parties.

GSENA is a private company that is wholly owned, through a series of non-US and nonpublic intermediary companies, by GDF SUEZ S.A., a French *société anonyme* listed on the Brussels, Luxembourg, and Paris stock exchanges. There are no publicly-traded entities which own more than 10% of the stock of GDF SUEZ S.A.

Defendants Ennis Power Company, LLC; Wise County Power Company, LLC; Midlothian Energy, LLC; Hays Energy, LLC; Wharton County Generation, LLC; and Coleto Power, LP are private, indirect wholly-owned subsidiaries of GSENA.

Defendants further state that outside of GSENA's non-public parent and other non-public GSENA subsidiary entities, Defendants are unaware of any other entity with a financial interest in the outcome of this litigation.

DATED July 10, 2014,

                                  Respectfully submitted,

                                  By: */s/ Tony L. Visage*
                                      Stephen B. Crain
                                      Attorney-In-Charge
                                      State Bar No. 04994580
                                      Federal Bar No. 12499
                                      Tony L. Visage
                                      State Bar No. 00788587
                                      Federal Bar No. 17248
                                      Amy E. Parker
                                      State Bar No. 24051156
                                      Federal Bar No. 626178
                                      J. Erick Sandlin
                                      State Bar No. 24056265
                                      Federal Bar No. 872070
                                      Leslie D. Wilson
                                      State Bar No. 24084109
                                      Federal Bar No. 1708460

                                      711 Louisiana Street, Suite 2300
                                      Houston, Texas 77002-2781
                                      (713) 223-2300 Telephone
                                      (713) 221-1212 Facsimile
                                      stephen.crain@bgllp.com
                                      tony.visage@bgllp.com
                                      amy.parker@bgllp.com
                                      erick.sandlin@bgllp.com
                                      leslie.wilson@bgllp.com

                                  COUNSEL FOR DEFENDANTS GDF SUEZ ENERGY NORTH AMERICA, INC.; ENNIS POWER COMPANY, LLC; WISE COUNTY POWER COMPANY, LLC; MIDLOTHIAN ENERGY, LLC; HAYS ENERGY, LLC; WHARTON COUNTY GENERATION, LLC; AND COLETO POWER, LP

-3-

## **CERTIFICATE OF SERVICE**

      I certify that on July 10, 2014, I electronically filed this Corporate Disclosure Statement with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record who have consented to electronic notification, including counsel for Plaintiffs, Barrington M. Hammond, Jr.

      */s/ Tony L. Visage*
      Tony L. Visage