| Time | Output | MW3 | P3 | MW4 | P4 | MW5 | P5 | MW6 | P6 | MW7 | P7 | MW8 | P8 | MW9 | P9 | MW10 | P10 | MW11 | P11 | MW12 | P12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 13:00 | 191 | 150 | 25.59 | 158 | 25.60 | 167 | 25.61 | 185 | 25.62 | 186 | 25.63 | 188 | 25.64 | 189 | 25.66 | 190 | 25.67 | 191 | 4,999.99 | 203 | 5,000.00 |
| 13:15 | 190 | 150 | 25.59 | 158 | 25.60 | 167 | 25.61 | 185 | 25.62 | 186 | 25.63 | 188 | 25.64 | 189 | 25.66 | 190 | 25.67 | 191 | 4,999.99 | 203 | 5,000.00 |
| 13:30 | 190 | 150 | 25.59 | 158 | 25.60 | 167 | 25.61 | 185 | 25.62 | 186 | 25.63 | 188 | 25.64 | 189 | 25.66 | 190 | 25.67 | 191 | 4,999.99 | 203 | 5,000.00 |
| 13:45 | 190 | 150 | 25.59 | 158 | 25.60 | 167 | 25.61 | 185 | 25.62 | 186 | 25.63 | 188 | 25.64 | 189 | 25.66 | 190 | 25.67 | 191 | 4,999.99 | 203 | 5,000.00 |
| 14:00 | 190 | 150 | 25.59 | 158 | 25.60 | 167 | 25.61 | 185 | 25.62 | 185 | 25.63 | 187 | 25.64 | 188 | 25.66 | 189 | 25.67 | 190 | 4,999.99 | 202 | 5,000.00 |
| 14:15 | 189 | 150 | 25.59 | 158 | 25.60 | 167 | 25.61 | 184 | 25.62 | 185 | 25.63 | 187 | 25.64 | 188 | 25.66 | 189 | 25.67 | 190 | 4,999.99 | 202 | 5,000.00 |
| 14:30 | 189 | 150 | 25.59 | 158 | 25.60 | 167 | 25.61 | 184 | 25.62 | 185 | 25.63 | 187 | 25.64 | 188 | 25.66 | 189 | 25.67 | 190 | 4,999.99 | 202 | 5,000.00 |
| 14:45 | 189 | 150 | 25.59 | 158 | 25.60 | 167 | 25.61 | 184 | 25.62 | 185 | 25.63 | 187 | 25.64 | 188 | 25.66 | 189 | 25.67 | 190 | 4,999.99 | 202 | 5,000.00 |
| 15:00 | 189 | 150 | 25.59 | 151 | 25.60 | 152 | 25.61 | 154 | 25.62 | 155 | 25.63 | 157 | 25.64 | 158 | 4,500.00 | 189 | 4,501.00 | 190 | 4,999.99 | 202 | 5,000.00 |
| 15:15 | 157 | 150 | 25.59 | 151 | 25.60 | 152 | 25.61 | 154 | 25.62 | 155 | 25.63 | 157 | 25.64 | 158 | 4,500.00 | 189 | 4,501.00 | 190 | 4,999.99 | 202 | 5,000.00 |
| 15:30 | 157 | 150 | 25.59 | 151 | 25.60 | 152 | 25.61 | 154 | 25.62 | 155 | 25.63 | 157 | 25.64 | 158 | 4,500.00 | 189 | 4,501.00 | 190 | 4,999.99 | 202 | 5,000.00 |
| 15:45 | 157 | 150 | 25.59 | 151 | 25.60 | 152 | 25.61 | 154 | 25.62 | 155 | 25.63 | 157 | 25.64 | 158 | 4,500.00 | 189 | 4,501.00 | 190 | 4,999.99 | 202 | 5,000.00 |
| 16:00 | 157 | 150 | 25.59 | 151 | 25.60 | 152 | 25.61 | 154 | 25.62 | 155 | 25.63 | 157 | 25.64 | 158 | 4,500.00 | 189 | 4,501.00 | 190 | 4,999.99 | 202 | 5,000.00 |
| 16:15 | 157 | 150 | 25.59 | 151 | 25.60 | 152 | 25.61 | 154 | 25.62 | 155 | 25.63 | 157 | 25.64 | 158 | 4,500.00 | 189 | 4,501.00 | 190 | 4,999.99 | 202 | 5,000.00 |
| 16:30 | 157 | 150 | 25.59 | 151 | 25.60 | 152 | 25.61 | 154 | 25.62 | 155 | 25.63 | 157 | 25.64 | 158 | 4,500.00 | 189 | 4,501.00 | 190 | 4,999.99 | 202 | 5,000.00 |
| 16:45 | 157 | 150 | 25.59 | 151 | 25.60 | 152 | 25.61 | 154 | 25.62 | 155 | 25.63 | 157 | 25.64 | 158 | 4,500.00 | 189 | 4,501.00 | 190 | 4,999.99 | 202 | 5,000.00 |
| 17:00 | 157 | 150 | 25.59 | 151 | 25.60 | 152 | 25.61 | 154 | 25.62 | 155 | 25.63 | 157 | 25.64 | 158 | 4,500.00 | 189 | 4,501.00 | 190 | 4,999.99 | 203 | 5,000.00 |
| 17:15 | 157 | 150 | 25.59 | 151 | 25.60 | 152 | 25.61 | 154 | 25.62 | 155 | 25.63 | 157 | 25.64 | 158 | 4,500.00 | 189 | 4,501.00 | 190 | 4,999.99 | 203 | 5,000.00 |
| 17:30 | 157 | 150 | 25.59 | 151 | 25.60 | 152 | 25.61 | 154 | 25.62 | 155 | 25.63 | 157 | 25.64 | 158 | 4,500.00 | 189 | 4,501.00 | 190 | 4,999.99 | 203 | 5,000.00 |
| 17:45 | 157 | 150 | 25.59 | 151 | 25.60 | 152 | 25.61 | 154 | 25.62 | 155 | 25.63 | 157 | 25.64 | 158 | 4,500.00 | 189 | 4,501.00 | 190 | 4,999.99 | 203 | 5,000.00 |
| 18:00 | 157 | 150 | 25.59 | 158 | 25.60 | 167 | 25.61 | 185 | 25.62 | 186 | 25.63 | 188 | 25.64 | 189 | 25.66 | 190 | 25.67 | 191 | 4,999.99 | 203 | 5,000.00 |
| 18:15 | 190 | 150 | 25.59 | 158 | 25.60 | 167 | 25.61 | 185 | 25.62 | 186 | 25.63 | 188 | 25.64 | 189 | 25.66 | 190 | 25.67 | 191 | 4,999.99 | 203 | 5,000.00 |
| 18:30 | 192 | 150 | 25.59 | 158 | 25.60 | 167 | 25.61 | 185 | 25.62 | 186 | 25.63 | 188 | 25.64 | 189 | 25.66 | 190 | 25.67 | 191 | 4,999.99 | 203 | 5,000.00 |
| 18:45 | 190 | 150 | 25.59 | 158 | 25.60 | 167 | 25.61 | 185 | 25.62 | 186 | 25.63 | 188 | 25.64 | 189 | 25.66 | 190 | 25.67 | 191 | 4,999.99 | 203 | 5,000.00 |
| 19:00 | 190 | 150 | 25.59 | 159 | 25.60 | 168 | 25.61 | 187 | 25.62 | 188 | 25.63 | 190 | 25.64 | 191 | 25.66 | 192 | 25.67 | 193 | 4,999.99 | 205 | 5,000.00 |
| 19:15 | 192 | 150 | 25.59 | 159 | 25.60 | 168 | 25.61 | 187 | 25.62 | 188 | 25.63 | 190 | 25.64 | 191 | 25.66 | 192 | 25.67 | 193 | 4,999.99 | 205 | 5,000.00 |
| 19:30 | 193 | 150 | 25.59 | 159 | 25.60 | 168 | 25.61 | 187 | 25.62 | 188 | 25.63 | 190 | 25.64 | 191 | 25.66 | 192 | 25.67 | 193 | 4,999.99 | 205 | 5,000.00 |
| 19:45 | 192 | 150 | 25.59 | 159 | 25.60 | 168 | 25.61 | 187 | 25.62 | 188 | 25.63 | 190 | 25.64 | 191 | 25.66 | 192 | 25.67 | 193 | 4,999.99 | 205 | 5,000.00 |
| 20:00 | 192 | 150 | 25.59 | 159 | 25.60 | 169 | 25.61 | 188 | 25.62 | 189 | 25.63 | 191 | 25.64 | 192 | 25.66 | 193 | 25.67 | 194 | 4,999.99 | 206 | 5,000.00 |

SCED Offer Curves for July 12, 2013, for unit HAYSEN_HAYSENG1

5