| Time | Output | MW5 | P5 | MW6 | P6 | MW7 | P7 | MW8 | P8 | MW9 | P9 | MW10 | P10 | MW11 | P11 | MW12 | P12 | MW13 | P13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 13:00 | 627 | 436 | 10.61 | 520 | 12.77 | 521 | 20.95 | 564 | 20.96 | 607 | 20.96 | 625 | 20.97 | 626 | 50.00 | 650 | 50.10 | 650 | 5,000.00 |
| 13:15 | 626 | 436 | 10.61 | 520 | 12.77 | 521 | 20.95 | 564 | 20.96 | 607 | 20.96 | 625 | 20.97 | 626 | 50.00 | 650 | 50.10 | 650 | 5,000.00 |
| 13:30 | 623 | 436 | 10.61 | 520 | 12.77 | 521 | 20.95 | 564 | 20.96 | 607 | 20.96 | 625 | 20.97 | 626 | 50.00 | 650 | 50.10 | 650 | 5,000.00 |
| 13:45 | 636 | 436 | 10.61 | 520 | 12.77 | 521 | 20.95 | 564 | 20.96 | 607 | 20.96 | 625 | 20.97 | 626 | 50.00 | 650 | 50.10 | 650 | 5,000.00 |
| 14:00 | 628 | 436 | 10.61 | 520 | 12.77 | 521 | 20.95 | 564 | 20.96 | 607 | 20.96 | 625 | 20.97 | 626 | 50.00 | 650 | 50.10 | 650 | 5,000.00 |
| 14:15 | 637 | 436 | 10.61 | 520 | 12.77 | 521 | 20.95 | 564 | 20.96 | 607 | 20.96 | 625 | 20.97 | 626 | 50.00 | 650 | 50.10 | 650 | 5,000.00 |
| 14:30 | 633 | 436 | 10.61 | 520 | 12.77 | 521 | 20.95 | 564 | 20.96 | 607 | 20.96 | 625 | 20.97 | 626 | 50.00 | 650 | 50.10 | 650 | 5,000.00 |
| 14:45 | 634 | 436 | 10.61 | 520 | 12.77 | 521 | 20.95 | 564 | 20.96 | 607 | 20.96 | 625 | 20.97 | 626 | 50.00 | 650 | 50.10 | 650 | 5,000.00 |
| 15:00 | 627 | 354 | 10.61 | 355 | 12.77 | 356 | 20.95 | 357 | 20.96 | 358 | 4,900.00 | 648 | 4,900.01 | 649 | 4,999.99 | 650 | 5,000.00 | 650 | 5,000.00 |
| 15:15 | 588 | 354 | 10.61 | 355 | 12.77 | 356 | 20.95 | 357 | 20.96 | 358 | 4,900.00 | 648 | 4,900.01 | 649 | 4,999.99 | 650 | 5,000.00 | 650 | 5,000.00 |
| 15:30 | 540 | 354 | 10.61 | 355 | 12.77 | 356 | 20.95 | 357 | 20.96 | 358 | 4,900.00 | 648 | 4,900.01 | 649 | 4,999.99 | 650 | 5,000.00 | 650 | 5,000.00 |
| 15:45 | 496 | 354 | 10.61 | 355 | 12.77 | 356 | 20.95 | 357 | 20.96 | 358 | 4,900.00 | 648 | 4,900.01 | 649 | 4,999.99 | 650 | 5,000.00 | 650 | 5,000.00 |
| 16:00 | 451 | 354 | 10.61 | 355 | 12.77 | 356 | 20.95 | 357 | 20.96 | 358 | 4,900.00 | 648 | 4,900.01 | 649 | 4,999.99 | 650 | 5,000.00 | 650 | 5,000.00 |
| 16:15 | 407 | 354 | 10.61 | 355 | 12.77 | 356 | 20.95 | 357 | 20.96 | 358 | 4,900.00 | 648 | 4,900.01 | 649 | 4,999.99 | 650 | 5,000.00 | 650 | 5,000.00 |
| 16:30 | 373 | 354 | 10.61 | 355 | 12.77 | 356 | 20.95 | 357 | 20.96 | 358 | 4,900.00 | 648 | 4,900.01 | 649 | 4,999.99 | 650 | 5,000.00 | 650 | 5,000.00 |
| 16:45 | 360 | 354 | 10.61 | 355 | 12.77 | 356 | 20.95 | 357 | 20.96 | 358 | 4,900.00 | 648 | 4,900.01 | 649 | 4,999.99 | 650 | 5,000.00 | 650 | 5,000.00 |
| 17:00 | 357 | 436 | 10.61 | 520 | 12.77 | 521 | 20.95 | 564 | 20.96 | 607 | 20.96 | 625 | 20.97 | 626 | 50.00 | 650 | 50.10 | 650 | 5,000.00 |
| 17:15 | 389 | 436 | 10.61 | 520 | 12.77 | 521 | 20.95 | 564 | 20.96 | 607 | 20.96 | 625 | 20.97 | 626 | 50.00 | 650 | 50.10 | 650 | 5,000.00 |
| 17:30 | 447 | 436 | 10.61 | 520 | 12.77 | 521 | 20.95 | 564 | 20.96 | 607 | 20.96 | 625 | 20.97 | 626 | 50.00 | 650 | 50.10 | 650 | 5,000.00 |
| 17:45 | 502 | 436 | 10.61 | 520 | 12.77 | 521 | 20.95 | 564 | 20.96 | 607 | 20.96 | 625 | 20.97 | 626 | 50.00 | 650 | 50.10 | 650 | 5,000.00 |
| 18:00 | 558 | 436 | 10.61 | 520 | 12.77 | 521 | 20.95 | 564 | 20.96 | 607 | 20.96 | 625 | 20.97 | 626 | 50.00 | 650 | 50.10 | 650 | 5,000.00 |
| 18:15 | 611 | 436 | 10.61 | 520 | 12.77 | 521 | 20.95 | 564 | 20.96 | 607 | 20.96 | 625 | 20.97 | 626 | 50.00 | 650 | 50.10 | 650 | 5,000.00 |
| 18:30 | 623 | 436 | 10.61 | 520 | 12.77 | 521 | 20.95 | 564 | 20.96 | 607 | 20.96 | 625 | 20.97 | 626 | 50.00 | 650 | 50.10 | 650 | 5,000.00 |
| 18:45 | 626 | 436 | 10.61 | 520 | 12.77 | 521 | 20.95 | 564 | 20.96 | 607 | 20.96 | 625 | 20.97 | 626 | 50.00 | 650 | 50.10 | 650 | 5,000.00 |
| 19:00 | 620 | 436 | 10.61 | 520 | 12.77 | 521 | 20.95 | 564 | 20.96 | 607 | 20.96 | 625 | 20.97 | 626 | 50.00 | 650 | 50.10 | 650 | 5,000.00 |
| 19:15 | 624 | 436 | 10.61 | 520 | 12.77 | 521 | 20.95 | 564 | 20.96 | 607 | 20.96 | 625 | 20.97 | 626 | 50.00 | 650 | 50.10 | 650 | 5,000.00 |
| 19:30 | 623 | 436 | 10.61 | 520 | 12.77 | 521 | 20.95 | 564 | 20.96 | 607 | 20.96 | 625 | 20.97 | 626 | 50.00 | 650 | 50.10 | 650 | 5,000.00 |
| 19:45 | 623 | 436 | 10.61 | 520 | 12.77 | 521 | 20.95 | 564 | 20.96 | 607 | 20.96 | 625 | 20.97 | 626 | 50.00 | 650 | 50.10 | 650 | 5,000.00 |
| 20:00 | 629 | 436 | 10.61 | 520 | 12.77 | 521 | 20.95 | 564 | 20.96 | 607 | 20.96 | 625 | 20.97 | 626 | 50.00 | 650 | 50.10 | 650 | 5,000.00 |

SCED Offer Curves for July 23, 2013, for unit COLETO_COLETOG1