| Time | Output | MW4 | P4 | MW5 | P5 | MW6 | P6 | MW7 | P7 | MW8 | P8 | MW9 | P9 | MW10 | P10 | MW11 | P11 | MW12 | P12 | MW13 | P13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 13:00 | 204 | 163 | 22.88 | 176 | 22.89 | 203 | 22.90 | 204 | 75.00 | 208 | 75.01 | 208 | 350.00 | 213 | 350.01 | 213 | 350.02 | 213 | 350.03 | 213 | 4,999.99 |
| 13:15 | 203 | 163 | 22.88 | 176 | 22.89 | 203 | 22.90 | 204 | 75.00 | 208 | 75.01 | 208 | 350.00 | 213 | 350.01 | 213 | 350.02 | 213 | 350.03 | 213 | 5,000.00 |
| 13:30 | 203 | 163 | 22.88 | 176 | 22.89 | 203 | 22.90 | 204 | 75.00 | 208 | 75.01 | 208 | 350.00 | 213 | 350.01 | 213 | 350.02 | 213 | 350.03 | 213 | 5,000.00 |
| 13:45 | 203 | 163 | 22.88 | 176 | 22.89 | 203 | 22.90 | 204 | 75.00 | 208 | 75.01 | 208 | 350.00 | 213 | 350.01 | 213 | 350.02 | 213 | 350.03 | 213 | 5,000.00 |
| 14:00 | 203 | 163 | 22.88 | 176 | 22.89 | 202 | 22.90 | 203 | 75.00 | 207 | 75.01 | 207 | 350.00 | 212 | 350.01 | 212 | 350.02 | 212 | 350.03 | 212 | 4,999.99 |
| 14:15 | 203 | 163 | 22.88 | 176 | 22.89 | 202 | 22.90 | 203 | 75.00 | 207 | 75.01 | 207 | 350.00 | 212 | 350.01 | 212 | 350.02 | 212 | 350.03 | 212 | 5,000.00 |
| 14:30 | 202 | 163 | 22.88 | 176 | 22.89 | 202 | 22.90 | 203 | 75.00 | 207 | 75.01 | 207 | 350.00 | 212 | 350.01 | 212 | 350.02 | 212 | 350.03 | 212 | 5,000.00 |
| 14:45 | 203 | 163 | 22.88 | 176 | 22.89 | 202 | 22.90 | 203 | 75.00 | 207 | 75.01 | 207 | 350.00 | 212 | 350.01 | 212 | 350.02 | 212 | 350.03 | 212 | 5,000.00 |
| 15:00 | 206 | 153 | 23.08 | 154 | 23.09 | 155 | 23.10 | 156 | 23.11 | 157 | 23.12 | 158 | 4,900.00 | 210 | 4,900.01 | 211 | 4,999.99 | 212 | 5,000.00 | 212 | 5,000.00 |
| 15:15 | 157 | 153 | 23.08 | 154 | 23.09 | 155 | 23.10 | 156 | 23.11 | 157 | 23.12 | 158 | 4,900.00 | 210 | 4,900.01 | 211 | 4,999.99 | 212 | 5,000.00 | 212 | 5,000.00 |
| 15:30 | 157 | 153 | 23.08 | 154 | 23.09 | 155 | 23.10 | 156 | 23.11 | 157 | 23.12 | 158 | 4,900.00 | 210 | 4,900.01 | 211 | 4,999.99 | 212 | 5,000.00 | 212 | 5,000.00 |
| 15:45 | 157 | 153 | 23.08 | 154 | 23.09 | 155 | 23.10 | 156 | 23.11 | 157 | 23.12 | 158 | 4,900.00 | 210 | 4,900.01 | 211 | 4,999.99 | 212 | 5,000.00 | 212 | 5,000.00 |
| 16:00 | 157 | 153 | 23.08 | 154 | 23.09 | 155 | 23.10 | 156 | 23.11 | 157 | 23.12 | 158 | 4,900.00 | 209 | 4,900.01 | 210 | 4,999.99 | 211 | 5,000.00 | 212 | 5,000.00 |
| 16:15 | 157 | 153 | 23.08 | 154 | 23.09 | 155 | 23.10 | 156 | 23.11 | 157 | 23.12 | 158 | 4,900.00 | 209 | 4,900.01 | 210 | 4,999.99 | 211 | 5,000.00 | 211 | 5,000.00 |
| 16:30 | 157 | 153 | 23.08 | 154 | 23.09 | 155 | 23.10 | 156 | 23.11 | 157 | 23.12 | 158 | 4,900.00 | 209 | 4,900.01 | 210 | 4,999.99 | 211 | 5,000.00 | 211 | 5,000.00 |
| 16:45 | 158 | 153 | 23.08 | 154 | 23.09 | 155 | 23.10 | 156 | 23.11 | 157 | 23.12 | 158 | 4,900.00 | 209 | 4,900.01 | 210 | 4,999.99 | 211 | 5,000.00 | 211 | 5,000.00 |
| 17:00 | 157 | 163 | 22.88 | 176 | 22.89 | 202 | 22.90 | 203 | 75.00 | 207 | 75.01 | 207 | 350.00 | 212 | 350.01 | 212 | 350.02 | 212 | 350.03 | 212 | 5,000.00 |
| 17:15 | 203 | 163 | 22.88 | 176 | 22.89 | 202 | 22.90 | 203 | 75.00 | 207 | 75.01 | 207 | 350.00 | 212 | 350.01 | 212 | 350.02 | 212 | 350.03 | 212 | 5,000.00 |
| 17:30 | 202 | 163 | 22.88 | 176 | 22.89 | 202 | 22.90 | 203 | 75.00 | 207 | 75.01 | 207 | 350.00 | 212 | 350.01 | 212 | 350.02 | 212 | 350.03 | 212 | 5,000.00 |
| 17:45 | 202 | 163 | 22.88 | 176 | 22.89 | 202 | 22.90 | 203 | 75.00 | 207 | 75.01 | 207 | 350.00 | 212 | 350.01 | 212 | 350.02 | 212 | 350.03 | 212 | 5,000.00 |
| 18:00 | 203 | 163 | 22.88 | 176 | 22.89 | 203 | 22.90 | 204 | 75.00 | 208 | 75.01 | 208 | 350.00 | 213 | 350.01 | 213 | 350.02 | 213 | 350.03 | 213 | 5,000.00 |
| 18:15 | 203 | 163 | 22.88 | 176 | 22.89 | 203 | 22.90 | 204 | 75.00 | 208 | 75.01 | 208 | 350.00 | 213 | 350.01 | 213 | 350.02 | 213 | 350.03 | 213 | 5,000.00 |
| 18:30 | 203 | 163 | 22.88 | 176 | 22.89 | 203 | 22.90 | 204 | 75.00 | 208 | 75.01 | 208 | 350.00 | 213 | 350.01 | 213 | 350.02 | 213 | 350.03 | 213 | 5,000.00 |
| 18:45 | 203 | 163 | 22.88 | 176 | 22.89 | 203 | 22.90 | 204 | 75.00 | 208 | 75.01 | 208 | 350.00 | 213 | 350.01 | 213 | 350.02 | 213 | 350.03 | 213 | 5,000.00 |
| 19:00 | 203 | 163 | 22.88 | 176 | 22.89 | 203 | 22.90 | 204 | 75.00 | 208 | 75.01 | 208 | 350.00 | 213 | 350.01 | 213 | 350.02 | 213 | 350.03 | 213 | 5,000.00 |
| 19:15 | 204 | 163 | 22.88 | 176 | 22.89 | 203 | 22.90 | 204 | 75.00 | 208 | 75.01 | 208 | 350.00 | 213 | 350.01 | 213 | 350.02 | 213 | 350.03 | 213 | 5,000.00 |
| 19:30 | 203 | 163 | 22.88 | 176 | 22.89 | 203 | 22.90 | 204 | 75.00 | 208 | 75.01 | 208 | 350.00 | 213 | 350.01 | 213 | 350.02 | 213 | 350.03 | 213 | 5,000.00 |
| 19:45 | 203 | 163 | 22.88 | 176 | 22.89 | 203 | 22.90 | 204 | 75.00 | 208 | 75.01 | 208 | 350.00 | 213 | 350.01 | 213 | 350.02 | 213 | 350.03 | 213 | 5,000.00 |
| 20:00 | 203 | 163 | 22.88 | 177 | 22.89 | 204 | 22.90 | 205 | 75.00 | 209 | 75.01 | 209 | 350.00 | 214 | 350.01 | 214 | 350.02 | 214 | 350.03 | 214 | 5,000.00 |

SCED Offer Curves for August 12, 2013, for unit HAYSEN_HAYSENG1

7