| Time | Output | MW4 | P4 | MW5 | P5 | MW6 | P6 | MW7 | P7 | MW8 | P8 | MW9 | P9 | MW10 | P10 | MW11 | P11 | MW12 | P12 | MW13 | P13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 13:00 | 210 | 164 | 24.80 | 179 | 24.81 | 209 | 24.82 | 210 | 75.00 | 214 | 75.01 | 214 | 350.00 | 219 | 350.01 | 219 | 350.02 | 219 | 350.03 | 219 | 4,999.99 |
| 13:15 | 210 | 164 | 24.80 | 179 | 24.81 | 209 | 24.82 | 210 | 75.00 | 214 | 75.01 | 214 | 350.00 | 219 | 350.01 | 219 | 350.02 | 219 | 350.03 | 219 | 5,000.00 |
| 13:30 | 210 | 164 | 24.80 | 179 | 24.81 | 209 | 24.82 | 210 | 75.00 | 214 | 75.01 | 214 | 350.00 | 219 | 350.01 | 219 | 350.02 | 219 | 350.03 | 219 | 5,000.00 |
| 13:45 | 210 | 164 | 24.80 | 179 | 24.81 | 209 | 24.82 | 210 | 75.00 | 214 | 75.01 | 214 | 350.00 | 219 | 350.01 | 219 | 350.02 | 219 | 350.03 | 219 | 5,000.00 |
| 14:00 | 215 | 164 | 24.80 | 179 | 24.81 | 208 | 24.82 | 209 | 75.00 | 213 | 75.01 | 213 | 350.00 | 218 | 350.01 | 218 | 350.02 | 218 | 350.03 | 218 | 4,999.99 |
| 14:15 | 209 | 164 | 24.80 | 179 | 24.81 | 208 | 24.82 | 209 | 75.00 | 213 | 75.01 | 213 | 350.00 | 218 | 350.01 | 218 | 350.02 | 218 | 350.03 | 218 | 5,000.00 |
| 14:30 | 208 | 164 | 24.80 | 179 | 24.81 | 208 | 24.82 | 209 | 75.00 | 213 | 75.01 | 213 | 350.00 | 218 | 350.01 | 218 | 350.02 | 218 | 350.03 | 218 | 5,000.00 |
| 14:45 | 209 | 164 | 24.80 | 179 | 24.81 | 208 | 24.82 | 209 | 75.00 | 213 | 75.01 | 213 | 350.00 | 218 | 350.01 | 218 | 350.02 | 218 | 350.03 | 218 | 5,000.00 |
| 15:00 | 208 | 164 | 24.80 | 179 | 24.81 | 208 | 24.82 | 209 | 75.00 | 213 | 75.01 | 213 | 350.00 | 218 | 350.01 | 218 | 350.02 | 218 | 350.03 | 218 | 5,000.00 |
| 15:15 | 208 | 164 | 24.80 | 179 | 24.81 | 208 | 24.82 | 209 | 75.00 | 213 | 75.01 | 213 | 350.00 | 218 | 350.01 | 218 | 350.02 | 218 | 350.03 | 218 | 5,000.00 |
| 15:30 | 214 | 164 | 24.80 | 179 | 24.81 | 208 | 24.82 | 209 | 75.00 | 213 | 75.01 | 213 | 350.00 | 218 | 350.01 | 218 | 350.02 | 218 | 350.03 | 218 | 5,000.00 |
| 15:45 | 211 | 164 | 24.80 | 179 | 24.81 | 208 | 24.82 | 209 | 75.00 | 213 | 75.01 | 213 | 350.00 | 218 | 350.01 | 218 | 350.02 | 218 | 350.03 | 218 | 5,000.00 |
| 16:00 | 208 | 163 | 22.95 | 164 | 22.96 | 165 | 22.97 | 166 | 22.98 | 167 | 22.99 | 168 | 4,900.00 | 211 | 4,900.01 | 212 | 4,999.99 | 213 | 5,000.00 | 218 | 5,000.00 |
| 16:15 | 167 | 163 | 22.95 | 164 | 22.96 | 165 | 22.97 | 166 | 22.98 | 167 | 22.99 | 168 | 4,900.00 | 211 | 4,900.01 | 212 | 4,999.99 | 213 | 5,000.00 | 219 | 5,000.00 |
| 16:30 | 177 | 163 | 22.95 | 164 | 22.96 | 165 | 22.97 | 166 | 22.98 | 167 | 22.99 | 168 | 4,900.00 | 211 | 4,900.01 | 212 | 4,999.99 | 213 | 5,000.00 | 219 | 5,000.00 |
| 16:45 | 170 | 163 | 22.95 | 164 | 22.96 | 165 | 22.97 | 166 | 22.98 | 167 | 22.99 | 168 | 4,900.00 | 212 | 4,900.01 | 212 | 4,999.99 | 213 | 5,000.00 | 219 | 5,000.00 |
| 17:00 | 168 | 163 | 22.95 | 164 | 22.96 | 165 | 22.97 | 166 | 22.98 | 167 | 22.99 | 168 | 4,900.00 | 212 | 4,900.01 | 213 | 4,999.99 | 214 | 5,000.00 | 219 | 5,000.00 |
| 17:15 | 167 | 163 | 22.95 | 164 | 22.96 | 165 | 22.97 | 166 | 22.98 | 167 | 22.99 | 168 | 4,900.00 | 212 | 4,900.01 | 213 | 4,999.99 | 214 | 5,000.00 | 219 | 5,000.00 |
| 17:30 | 167 | 163 | 22.95 | 164 | 22.96 | 165 | 22.97 | 166 | 22.98 | 167 | 22.99 | 168 | 4,900.00 | 212 | 4,900.01 | 213 | 4,999.99 | 214 | 5,000.00 | 219 | 5,000.00 |
| 17:45 | 167 | 163 | 22.95 | 164 | 22.96 | 165 | 22.97 | 166 | 22.98 | 167 | 22.99 | 168 | 4,900.00 | 212 | 4,900.01 | 213 | 4,999.99 | 214 | 5,000.00 | 219 | 5,000.00 |
| 18:00 | 167 | 165 | 24.80 | 180 | 24.81 | 211 | 24.82 | 212 | 75.00 | 216 | 75.01 | 216 | 350.00 | 221 | 350.01 | 221 | 350.02 | 221 | 350.03 | 221 | 5,000.00 |
| 18:15 | 203 | 165 | 24.80 | 180 | 24.81 | 211 | 24.82 | 212 | 75.00 | 216 | 75.01 | 216 | 350.00 | 221 | 350.01 | 221 | 350.02 | 221 | 350.03 | 221 | 5,000.00 |
| 18:30 | 211 | 165 | 24.80 | 180 | 24.81 | 211 | 24.82 | 212 | 75.00 | 216 | 75.01 | 216 | 350.00 | 221 | 350.01 | 221 | 350.02 | 221 | 350.03 | 221 | 5,000.00 |
| 18:45 | 211 | 165 | 24.80 | 180 | 24.81 | 211 | 24.82 | 212 | 75.00 | 216 | 75.01 | 216 | 350.00 | 221 | 350.01 | 221 | 350.02 | 221 | 350.03 | 221 | 5,000.00 |
| 19:00 | 214 | 165 | 24.80 | 181 | 24.81 | 212 | 24.82 | 213 | 75.00 | 217 | 75.01 | 217 | 350.00 | 222 | 350.01 | 222 | 350.02 | 222 | 350.03 | 222 | 5,000.00 |
| 19:15 | 212 | 165 | 24.80 | 181 | 24.81 | 212 | 24.82 | 213 | 75.00 | 217 | 75.01 | 217 | 350.00 | 222 | 350.01 | 222 | 350.02 | 222 | 350.03 | 222 | 5,000.00 |
| 19:30 | 212 | 165 | 24.80 | 181 | 24.81 | 212 | 24.82 | 213 | 75.00 | 217 | 75.01 | 217 | 350.00 | 222 | 350.01 | 222 | 350.02 | 222 | 350.03 | 222 | 5,000.00 |
| 19:45 | 212 | 165 | 24.80 | 181 | 24.81 | 212 | 24.82 | 213 | 75.00 | 217 | 75.01 | 217 | 350.00 | 222 | 350.01 | 222 | 350.02 | 222 | 350.03 | 222 | 5,000.00 |
| 20:00 | 212 | 166 | 24.80 | 182 | 24.81 | 214 | 24.82 | 215 | 75.00 | 219 | 75.01 | 219 | 350.00 | 224 | 350.01 | 224 | 350.02 | 224 | 350.03 | 224 | 5,000.00 |

SCED Offer Curves for September 3, 2013, for unit HAYSEN_HAYSENG4

11