## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| Aspire Commodities, L.P. and Raiden Commodities, L.P. | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Case No. 4:14-cv-01111 |
| GDF SUEZ Energy North America, Inc.; Ennis Power Company, LLC; Wise County Power Company, LLC; Midlothian Energy, LLC, Hays Energy, LLC; Wharton County Generation, LLC; and Coleto Power, LP, | ) ) ) ) ) ) | |
| Defendants. | ) | |

## JOINT MOTION TO SET BRIEFING SCHEDULE, EXTEND PAGE LIMIT AND RE-SET INITIAL PRETRIAL AND SCHEDULING CONFERENCE

Plaintiffs, Aspire Commodities, L.P. and Raiden Commodities, L.P. (collectively, "Plaintiffs") and Defendants GDF SUEZ Energy North America, Inc.; Ennis Power Company, LLC; Wise County Power Company, LLC; Midlothian Energy, LLC; Hays Energy, LLC; Wharton County Generation, LLC; and Coleto Power, LP, (collectively, "Defendants") hereby submit this joint motion to set briefing schedule, extend page limit and re-set the initial pretrial and scheduling conference.  In support thereof, the parties respectfully show the following:

1.      Defendants filed their motion to dismiss on June 23, 2014.  Plaintiffs filed their First Amended Complaint for Damages and Injunctive Relief and Declaratory Relief on July 14, 2014, mooting Defendants' motion.

2.      Defendants intend to file a Motion to Dismiss in response to the First Amended Complaint.  The parties are mindful of the Court's previous Order denying Defendants' Motion for Leave to Exceed Page Limit [Docket #5], but respectfully request, in light of Plaintiffs' 95-

page Amended Complaint, that a briefing schedule be established, page limits be extended and to re-set the date for the initial pretrial and scheduling conference.  The parties have agreed to, and request entry of, the following schedule:

3.      Defendants' Motion to Dismiss shall be filed on or before August 8, 2014.

4.      Plaintiffs' response to Defendants' Motion to Dismiss shall be filed on or before September 5, 2014.

5.      The parties jointly move for leave to extend the page limitations from 25 pages to 35 pages for Defendants' Motion to Dismiss and from 25 pages to 35 pages for Plaintiffs' Response to Defendants' Motion to Dismiss.  This request for additional pages is being made in order to allow the parties' an opportunity to fully and fairly brief the issues.

6.      The parties request that the Court reschedule the scheduling conference currently set for August 15, 2014, to the week of September 15 or the week of September 22, so that the Court will have the parties' full briefing prior to the conference.

For the foregoing reasons, Plaintiffs and Defendants respectfully and jointly request that the Court grant this motion and enter the above, agreed schedule and extend the page limits as set forth above.

DATED:  July 17, 2014.

Respectfully submitted,

BRACEWELL & GIULIANI LLP

By:   */s/ Stephen B. Crain*
     Stephen B. Crain
     Attorney-In-Charge
     State Bar No. 04994580
     Federal Bar No. 12499
     Tony L. Visage
     State Bar No. 00788587
     Federal Bar No. 17248
     Amy E. Parker

State Bar No. 24051156
Federal Bar No. 626178
J. Erick Sandlin
State Bar No. 24056265
Federal Bar No. 872070
Leslie D. Wilson
State Bar No. 24084109
Federal Bar No. 1708460

711 Louisiana Street, Suite 2300
Houston, Texas 77002-2781
(713) 223-2300 Telephone
(713) 221-1212 Facsimile
stephen.crain@bgllp.com
tony.visage@bgllp.com
amy.parker@bgllp.com
erick.sandlin@bgllp.com
leslie.wilson@bgllp.com

COUNSEL FOR DEFENDANTS GDF SUEZ
ENERGY NORTH AMERICA, INC.; ENNIS
POWER COMPANY, LLC; WISE COUNTY
POWER COMPANY, LLC; MIDLOTHIAN
ENERGY, LLC; HAYS ENERGY, LLC;
WHARTON COUNTY GENERATION, LLC;
AND COLETO POWER, LP


PATEL HAMMOND PLLC

By:   */s/ Barrington M. Hammond, Jr.*
      Barrington M. Hammond, Jr.
      Texas Bar No. 24059883
      Federal Bar No. 1338567

      4801 Woodway Drive
      Suite 300 East
      Houston, Texas 77056
      (713) 570-6000 Telephone
      (832) 514-7046 Facsimile
      barry@patelhammond.com

COUNSEL FOR PLAINTIFFS ASPIRE
COMMODITIES, L.P. AND RAIDEN
COMMODITIES, L.P.

## <u>CERTIFICATE OF SERVICE</u>

I certify that on July 17, 2014, I electronically filed this motion with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record who have consented to electronic notification, including counsel for Plaintiffs, Barrington M. Hammond, Jr.

*/s/ Stephen B. Crain*

## <u>CERTIFICATE OF CONFERENCE</u>

I certify that on July 16, 2014, I conferred with counsel for Plaintiffs, Barrington M. Hammond, Jr., and Plaintiffs agreed to join in this motion.

*/s/ Tony L. Visage*

#4633365