UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Aspire Commodities, L.P. and Raiden Commodities, L.P. | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 4:14-cv-01111 |
| GDF SUEZ Energy North America, Inc.; Ennis Power Company, LLC; Wise County Power Company, LLC; Midlothian Energy, LLC, Hays Energy, LLC; Wharton County Generation, LLC; and Coleto Power, LP, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER SETTING BRIEFING SCHEDULE, EXTENDING PAGE LIMITATIONS AND RE-SETTING INITIAL PRETRIAL AND SCHEDULING CONFERENCE

Before the Court is the Joint Motion to Set Briefing Schedule, Extend Page Limit and Re-Set Initial Pretrial and Scheduling Conference.  After considering the Motion and the arguments of counsel, the Court finds that the Motion should be, and hereby, is GRANTED, and it is therefore ORDERED that:

The deadlines for briefing in this matter are as follows:

1. Defendants' Motion to Dismiss shall be filed on or before August 8, 2014.

2. Plaintiffs' Response to Defendants' Motion to Dismiss shall be filed on or before September 5, 2014.

It is FURTHER ORDERED that:

3. The briefing page limitations are hereby extended from 25 pages to 35 pages for both Defendants' Motion to Dismiss and for Plaintiffs' Response to Defendants' Motion to

-2-

Dismiss, exclusive of pages containing the table of contents, table of citations, and any addendum containing statutes, rules, regulations or other similar material.

    4.    The Initial Pretrial and Scheduling Conference will be held on _____, 2014 at _____.

    SIGNED at Houston, Texas on this _____ day of July, 2014.

                                      THE HONORABLE EWING WERLEIN, JR.
                                      UNITED STATES DISTRICT JUDGE