IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ASPIRE COMMODITIES, L.P., and RAIDEN COMMODITIES, L.P., | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. h-14-1111 |
| GDF SUEZ ENERGY NORTH AMERICA, INC., ENNIS POWER COMPANY, LLC, WISE COUNTY POWER COMPANY, LLC, MIDLOTHIAN ENERGY, LLC, HAYS ENERGY, LLC, WHARTON COUNTY GENERATION, LLC, and COLETO POWER, LP, | § § § § § § § § | |
| Defendants. | § § | |

## ORDER

After Defendants filed their Motion to Dismiss, Plaintiffs filed the First Amended Complaint for Damages and Injunctive Relief and Declaratory Relief. Accordingly, Defendants' Motion to Dismiss Plaintiffs' Complaint and Brief in Support (Document No. 6) is DENIED as MOOT.

The Clerk will enter this Order, providing a correct copy to all parties of record.

SIGNED at Houston, Texas, on this 22<sup>d</sup> day of July, 2014.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE