IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ASPIRE COMMODITIES, LP and | § | |
| RAIDEN COMMODITIES, LP, | § | |
| | § | |
|     Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | |
| GDF SUEZ ENERGY NORTH AMERICA, | § | CIVIL ACTION NO. H-14-1111 |
| INC., ENNIS POWER COMPANY, LLC, | § | |
| WISE COUNTY POWER COMPANY, LLC, | § | |
| MIDLOTHIAN ENERGY, LLC, HAYS | § | |
| ENERGY, LLC, WHARTON COUNTY | § | |
| GENERATION, LLC, and COLETO | § | |
| CREEK POWER, LP, | § | |
| | § | |
|     Defendants. | § | |

## FINAL JUDGMENT

For the reasons set forth in the separate Memorandum and Order signed this day, it is

ORDERED and ADJUDGED that Plaintiffs Aspire Commodities, LP and Raiden Commodities, LP take nothing on their claims against Defendants GDF SUEZ Energy North America, Inc., Ennis Power Company, LLC, Wise County Power Company, LLC, Midlothian Energy, LLC, Hays Energy, LLC, Wharton County Generation, LLC, and Coleto Creek Power, LP., and Plaintiffs' causes of action are DISMISSED.

This is a **FINAL JUDGMENT.**

The Clerk will enter this Order, providing a correct copy to all counsel of record.

SIGNED at Houston, Texas, on this 3rd day of February, 2015.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE

2