United States District Court
Southern District of Texas
FILED
APR 0 4 2016
David J. Bradley, Clerk of Court

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit
FILED
February 25, 2016
Lyle W. Cayce
Clerk

No. 15-20125

D.C. Docket No. 4:14-CV-1111

ASPIRE COMMODITIES, L.P.; RAIDEN COMMODITIES, L.P.,

    Plaintiffs - Appellants

v.

GDF SUEZ ENERGY NORTH AMERICA, INCORPORATED; ENNIS POWER COMPANY, L.L.C.; WISE COUNTY POWER COMPANY, L.L.C.; MIDLOTHIAN ENERGY, L.L.C.; HAYS ENERGY, L.L.C.; WHARTON COUNTY GENERATION, L.L.C.; COLETO POWER, L.P.,

    Defendants - Appellees

Appeal from the United States District Court for the
Southern District of Texas, Houston

Before HIGGINBOTHAM, SOUTHWICK, and HIGGINSON, Circuit Judges.

JUDGMENT

    This cause was considered on the record on appeal and was argued by counsel.

    It is ordered and adjudged that the judgment of the District Court is affirmed.

    IT IS FURTHER ORDERED that plaintiffs-appellants pay to defendants-appellees the costs on appeal to be taxed by the Clerk of this Court.

Certified as a true copy and issued
as the mandate on Apr 04, 2016

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

## United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

April 04, 2016

Mr. David J. Bradley
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

    No. 15-20125    Aspire Commodities, L.P., et al v. GDF SUEZ
                            Energy North America, et al
                            USDC No. 4:14-CV-1111

Dear Mr. Bradley,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____
                            Christina A. Gardner, Deputy Clerk
                            504-310-7684

cc:  Mr. Stephen Burton Crain
     Mr. John Richard Hulme
     Mr. Kenneth Michael Krock
     Ms. L. Rachel Lerman
     Ms. Dana Livingston
     Mr. Jeffrey L. Oldham
     Mr. Paul J. Pantano Jr.
     Ms. Amy Parker
     Mr. Jonathan Erick Sandlin
     Mr. Roger Dale Townsend
     Ms. Susan Schlesinger Vance
     Mr. Tony Lee Visage